[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 11, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14121
Non-Argument Calendar

_____

D. C. Docket No. 00-00064-CR-4-RH-WCS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DWAYNE SOLOMON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(April 11, 2008)**

Before BIRCH, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Dwayne Solomon in this supervised

release revocation and sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Solomon's revocation and sentence are **AFFIRMED.**